# IN THE FOURTEENTH COURT OF APPEALS

CAUSE No. 14.14-00997-CR
CAUSE No. 14-14-00999-CR

GARY LEE MOUNT

V.

THE STATE OF TEXAS

FILED IN
14th COURT OF APPE

JUL 21 20

CLERK

On Appeal from the
248th Criminal District
Court of Harris County, Ti
Cause Nos. 1449195, 1449196

## MOTION FOR EXTENTION OF TIME TO FILE PRO SE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT OF APPEALS:

Come Now Appellant, Gary Lee Mount and files this Motion to have an extention of time to file a pro se brief and would respectfully show the court as follows:

1) I have been served with a copy of the brief filed by my court-appointed attorney, Deborah Summers. Summers has filed an Anders brief along with her motion to withdraw as counsel of this appellate record.

2.) I have been provided an incomplete copy of my trial transcript by mrs. summers, and have been advised that I have a right to review the appellate record and file a pro se brief.

3.) I am preparing to file for a supplementation of the Clerk's record pursuant to TRAP 34.5, and request items that have been omitted from the clerks record

4.) Appellant is also requesting from Mr. Summers, his file that have been in her possession that contain all matters relating to these cause numbers for this appeal.

5.) Appellant is not an attorney and have to research legal issues at the unit law library, therefore he request an extention of time to file a pro se brief of at least (90) ninty days from the date the the brief is due in this appeal.

WHEREFORE PREMISES CONSIDERED, Appellant prays that the Court grant this Motion For Extention of Time To File Pro Se Brief of at least 90 days from the date the brief is due in this appeal

Respectfully Submitted

Gary Lee Mount
6-30-15

To the Honorable Clerk,

Please find enclosed for filing a Motion For Extention of time to file Pro Se Brief, and a Motion To Strike The Ander's Brief.

I would appreicate if you could send me a stamped filed copy of each Motion after you filed it.

Thank You
Sincerely,
Gary L Mount

Gary L Mount